UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NICOLE RICHARD,

    Plaintiff,

vs.                              Case No. 4:16cv00184-MW-CAS

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,
A foreign corporation,

    Defendant.
_____/

## GEICO's Notice of Filing 28 U.S.C. § 1292(b) Petition

    Defendant, Government Employees Insurance Company ("GEICO"), in accordance with paragraphs #2 and #3 of this Court's August 10, 2018 Order [DE 188], hereby files a copy of its 28 U.S.C. § 1292(b) Petition (attached as **Exhibit "A"**) filed on August 20, 2018 with the United States Court of Appeals for the Eleventh Circuit.  GEICO gives notice of the filing of this application as the Court indicated in paragraph #2 that if either party files such an application, then the case shall be stayed pending resolution in the Eleventh Circuit.  [DE 188 at p. 19].

                                        Respectfully submitted,

                                        **SHUTTS & BOWEN LLP**
                                        *Counsel for Government Employees*
                                        *Insurance Company*
                                        200 S. Biscayne Boulevard

                            Suite 4100
                            Miami, Florida 33131
                            Tel: (305) 358-6300

By: s/ Frank A. Zacherl
    Frank A. Zacherl, Esq.
    fzacherl@shutts.com
    Florida Bar No. 0868094
    Harold E. Morlan III, Esq.
    Florida Bar No. 0024250
    hmorlan@shutts.com
    Jocelyn Mroz Larson, Esq.
    Florida Bar No. 0070059
    jmroz@shutts.com

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on the 20th day of August, 2018 on all counsel or parties of record on the Service List below.

By: s/ Frank A. Zacherl
    Of Counsel

## SERVICE LIST

Kenneth J. McKenna, Esq.
Tony Sos, Esq.
Dellecker Wilson King McKenna Ruffier & Sos, LLP
719 Vassar Street
Orlando, FL 32804
kmckenna@dwklaw.com
wdmeservice@dwklaw.com
Counsel for Plaintiff

MIADOCS 16860367 1 17333.0659