UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NICOLE RICHARD,**

    **Plaintiff,**

                                            CASE NO. 4:16-cv-00184-MW-CAS

-vs.-

**GOVERNMENT EMPLOYEES
INSURANCE COMPANY, a foreign
corporation,**

    **Defendant.**
_____/

## PLAINTIFF'S UNOPPOSED MOTION TO LIFT STAY AND FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

Plaintiff, NICOLE RICHARD, by and through her undersigned counsel and pursuant to F.R.C.P. 15 and Loc. R. 7.1, files this Unopposed Motion to Lift Stay and for Leave to File Fourth Amended Complaint and as grounds states:

    1.    This action is a claim for Uninsured Motorist benefits under a policy of automobile insurance issued by an insurance company operating under the GEICO umbrella of companies.

    2.    On August 10, 2018, this Court granted Plaintiff's Renewed Motion for Partial Summary Judgment. (Doc. 188).

    3.    On August 20, 2018, Defendant notified this Court that it appealed the Partial Summary Judgment Order. (Doc. 189).

Plaintiff's Unopposed Motion to Lift Stay and
for Leave to File Fourth Amended Complaint
Case No. 4:16-cv-00184-MW-CAS
Page 2
_____/

4. On August 21, 2018, this Court entered an Order Staying the case until further notice. (Doc. 190).

5. On November 1, 2018, the United States Court of Appeals for the Eleventh Circuit issued a Jurisdictional Question that questioned whether the current pleadings sufficiently alleged the citizenship of the parties to as to invoke subject matter jurisdiction. The Jurisdictional Question is attached as **Exhibit "A"**.

6. Plaintiff requests an order lifting the stay and granting Plaintiff leave to file Plaintiff's Fourth Amended Complaint to correct any potential jurisdictional deficiencies in the current Complaint. Plaintiff's proposed Fourth Amended Complaint is attached as **Exhibit "B"** to this unopposed motion and incorporated by reference.

7. The undersigned has been advised by counsel for GEICO that the instant motion is unopposed.

8. Because the instant motion is unopposed, pursuant to Loc. R. 7.1, Plaintiff has not included a memorandum of authorities in support of this motion.

### Local Rule 7.1(B) Certification

Undersigned counsel confirms that he complied with Local Rule 7.1(B)'s attorney-conference requirement prior to filing this motion and has been advised that the motion and the relief requested herein is unopposed.

Plaintiff's Unopposed Motion to Lift Stay and
for Leave to File Fourth Amended Complaint
Case No. 4:16-cv-00184-MW-CAS
Page 3
_____/

## Local Rule 7.1(F) Certification

This motion contains 452 words and undersigned calculated the word count at the time of filing using Microsoft Word's word count tool.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of November, 2018 a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will automatically electronically serve a copy to: Frank A. Zacherl, Esq. (fzacherl@shutts.com); Brad Redlien, Esq. (bredlien@shutts.com) Shutts & Bowen, LLP.

**DELLECKER WILSON KING
McKENNA RUFFIER & SOS
A Limited Liability Partnership**

BY: s/ Kenneth J. McKenna
Kenneth J. McKenna
Florida Bar No. 0021024
Anthony F. Sos
Florida Bar No. 684791
719 Vassar Street
Orlando, Florida  32804
407-244-3000
Attorneys for Plaintiff
KJMeservice@dwklaw.com
AFSeservice@dwklaw.com