UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NICOLE RICHARD,**                              **CASE NO.: 4:16-cv-00184-MW-CAS**

   Plaintiff,

vs.

**GOVERNMENT EMPLOYEES
INSURANCE COMPANY,  a foreign
corporation,**

   Defendant.
_____/

## NOTICE OF SETTLEMENT

Pursuant to this Court's Order entered on December 30, 2019 (DOC. 229), the Plaintiff, Nicole Richard, hereby gives notice that the parties have reached an amicable settlement on all issues. However, Plaintiff would respectfully request that the case remain open for up to sixty (60) days while the group health lien is negotiated.  Plaintiff will file a stipulation for dismissal upon resolution of the lien.

9611

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of January, 2020 a true and correct copy of the foregoing has been electronically filed with the Clerk of Court by using the **CM/ECF** system which will send a notice of electronic filing to all counsel of record.

        **DELLECKER WILSON KING**
        **McKENNA RUFFIER & SOS**
        **A Limited Liability Partnership**

        BY: *S/ Kenneth McKenna*
        Kenneth J. McKenna
        Florida Bar No. 0021024
        719 Vassar Street
        Orlando, Florida   32804
        407-244-3000
        Attorney for Plaintiff